UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES DUNSHIE,

        Plaintiff,

                     ORDER
v.                      09-CV-070A

DICK'S SPORTING GOODS,
EBSCO INDUSTRIES, INC.,
PLASTICS RESEARCH DEVELOPMENT CORP.,
And SUMMIT TREESTANDS, LLC,

        Defendants.

---

   The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 6, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion or summary judgment is granted.

    The Clerk of Court shall take all steps necessary to close the case.

   SO ORDERED.

                *s/ Richard J. Arcara*
                HONORABLE RICHARD J. ARCARA
                UNITED STATES DISTRICT JUDGE

DATED: January 26, 2012